806 A.2d 798

IN THE MATTER OF STEVEN M. OLITSKY,
AN ATTORNEY AT LAW.

October 3, 2002.

O R D E R

The Disciplinary Review Board having filed a report with the Court in DRB 01–267, recommending that **STEVEN M. OLITSKY** of **CALDWELL**, who was admitted to the bar of this State in 1976, and who has been suspended from the practice of law pursuant to Orders of this Court since May 16, 1997, be disbarred for violating *RPC* 3.3(a)(1) (knowingly making a false statement of fact or law to a tribunal), *RPC* 3.3(a)(4) (knowingly offering evidence the lawyer knows to be false), *RPC* 5.5(a) (practicing law while suspended), *RPC* 8.4(b) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice) and *Rule* 1:20–20(b) (rules governing suspended attorneys);

And **STEVEN M. OLITSKY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **STEVEN M. OLITSKY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **STEVEN M. OLITSKY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.